# United States Bankruptcy Court
_____ District Of _____Illinois_____

In re _____Brigett Stokes-King_____,  
                         Debtor

Case No. _____

Chapter _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 274 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ 70.00    Check one  ☑ With the filing of the petition, or  
                               ☐ On or before _____

    $ 70    on or before    4/15/07

    $ 70    on or before    5/15/07

    $ 64    on or before    5/30/07

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  
Signature of Attorney       Date

_____  
Name of Attorney

_____  
Signature of Debtor       Date  
(In a joint case, both spouses must sign.)

_____  
Signature of Joint Debtor (if any)       Date

--------------------------------------------------------------------------

# United States Bankruptcy Court

_____ District Of _____Illinois_____

In re _____Brigett Stokes-King_____,        Case No. _____
                Debtor

                                              Chapter _____

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one  ☐  With the filing of the petition, or
                                   ☐  On or before _____

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                              BY THE COURT

Date: _____            _____
                                        _United States Bankruptcy Judge_