```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05715
    BRIGETT M STOKES KING
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-8157

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/30/2007 and was not confirmed.

    The case was dismissed without confirmation 07/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
BANK OF AMERICA NA         CURRENT MORTG          .00          .00            .00
BANK OF AMERICA NA         MORTGAGE ARRE          .00          .00            .00
PRIMUS FINANCIAL SERVICE   SECURED VEHIC          .00          .00            .00
CAPITAL ONE                UNSECURED         10492.59          .00            .00
TEMPUS RESORTS             UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          9184.52          .00            .00
LVNV FUNDING               UNSECURED        NOT FILED          .00            .00
HFC USA                    UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          3188.16          .00            .00
LVNV FUNDING               UNSECURED        NOT FILED          .00            .00
AMGNL                      UNSECURED        NOT FILED          .00            .00
PRIMUS AUTOMOTIVE FINANC   UNSECURED        NOT FILED          .00            .00
NICOR GAS                  UNSECURED        NOT FILED          .00            .00
MEDICAL PAYMENT DATA       UNSECURED        NOT FILED          .00            .00
BANK OF AMERICA MORTGAGE   NOTICE ONLY      NOT FILED          .00            .00
ERNEST WILEY & ASSOC       DEBTOR ATTY           .00                          .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                          602.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    602.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      602.00
                         --------------         --------------
TOTALS                     602.00                  602.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 05715 BRIGETT M STOKES KING
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 05715 BRIGETT M STOKES KING